# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

RECEIVED
BY MAIL
JAN 17 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Waylen Block

Plaintiff(s),

(Enter the full name(s) of ALL plaintiff(s)
and prisoner number(s) in this action.)

vs. J Fikes et all
Acting Warden et all

RECEIVED
BY MAIL
JAN 17 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Case No. 23-cv-127 JRT/JFD
_____
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES __X__    NO____

Defendant(s).

(Enter the full name(s) of ALL defendants in
this action. Please attach additional sheets
if necessary).

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER
### 42 U.S.C. § 1983

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved

SCANNED
JAN 17 2023
U.S. DISTRICT COURT MPLS

in this action or otherwise relating to your imprisonment in the last three years?

☐ Yes

☒ No

B. If you answer to (a) is "yes", describe each lawsuit in the space below.

1. Parties to the previous lawsuit:

Plaintiffs: ⁓

Defendants: ⁓

2. Court (If federal court, name the district. If state court, name the state and county.): ⁓

3. Case Number: ⁓

4. Name of judge assigned to the case: ⁓

5. Cause of action (Cite the statute under which you filed and write a brief statement of the case): ⁓

6. Disposition or final determination of the case (for example, dismissed or appealed). ⁓

7. Approximate date of filing the lawsuit: ⁓

8. Approximate date of disposition or final determination of the lawsuit: ⁓

***Attach a copy of the disposition or final determination of the lawsuit if it was filed in a court other than the U.S. District Court for the District of Minnesota.***

2

If there was more than one lawsuit, describe the additional lawsuits on a separate sheet of paper answering the same questions in the same order as above in Question 1(b). Label this information as Question 1(b).
Check here if additional sheets of paper are attached. ☐

II. PRESENT PLACE OF CONFINEMENT

A. Is there a prisoner grievance procedure in the institution?

☑ Yes

☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?

☑ Yes

☐ No

C. If you answered "yes" to question II.B.: I filed Bp 8, 9, 10 and 11 then
    1. What steps did you take: Ton t, Required by (PLRA)

    2. What was the result? Denied Cant resolv at this level

    ***Attach a copy of the decision or disposition received from the prisoner grievance procedure.**** See Attachment B

D. If you answered "no" to question II.B., explain why you did not present the facts relating to your complaint in a prisoner grievance procedure.

III. PARTIES

List your name, prisoner number, address and telephone number. Do the same for any additional plaintiffs. Attach an additional sheet of paper, if necessary.

A.    Name of Plaintiff: Waylen Block

Prisoner Number 17028273

Address P.O. Box 879, FMC Devens
Ayer, MA 01432

3

Additional Plaintiffs:

Provide each defendant's full name, official position, and place of employment. Attach additional sheets of paper, if necessary.

B.     Name:  J Fikes

Official Position:  Warden

Employer's Address:  FMC Sandstone
2300 county rd 29
Sandstone, MN 55072

Additional Defendants:
See Atachment A p 1 paragraph 11
See Atachment A p 12  List For Sammons

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☒
Please label the attached sheets of paper as II.A. for Plaintiffs and II.B. for Defendants.

IV. STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. Describe how each individual defendant is personally involved, including dates, places and specific wrongful acts or omissions by each defendant. Each factual allegation should be provided in separately lettered paragraphs, beginning with letter A. Do not make any legal arguments or cite any cases or statutes.

A.    See Atachment A.
Plantiff incorporates paragraph's 1-35
and 65-70 as though they were stated
fully herein.

4

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☒
Please label the attached sheets of paper to as Additional Facts and continue to letter the paragraphs consecutively.

## V. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Do not make any legal arguments or cite any cases or statutes. I want to be made whole
See attachment A p 11 paragraph 84

Plantiff incorporates page 11 paragraph 84 in attachment A as though they were stated fully herein.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge, and belief.

Signed this    9    day of    Jan    , 20 23

Signature(s) of Plaintiff(s)    Wayh Block # 17028273 pro Se

P.O. Box 879 FMC Devens
Ayer, MA 01432

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5