UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WAYLEN BLOCK, | Civil No. 23-127 (JRT/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES GOVERNMENT; BUREAU OF PRISONS; WARDEN J FIKES; ACTING WARDEN; ACTING ASSOCIATE WARDEN'S 1, 2, 3; MR. LOEW, *Plaintiff's Councilor*; MR. KRISTOFFERSON, *Plaintiff's Case Manager*; ACTING UNIT MANAGER FOR PLAINTIFF; OFFICER WEBER, *SIS Officer*; ACTING MEDICAL DIRECTOR FOR PLAINTIFF; J SOUTHWICK PA-C, *Plaintiff's Care Provider*; MR. LOEW JR, *Transit Officer for FCI Sandstone*; MR SAUSTEC, *Transit Officer for FCI Sandstone*; MR WHITE, *Transit Officer for FCI Sandstone*; and ACTING CAPTAIN FOR FCI SANDSTONE; | |
| Defendants.[1] | |

This case is before the Court on the Report and Recommendation of United States Magistrate Judge John F. Docherty. (Dkt. No. 14.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no

---

[1] The Court gleaned this list of defendants from Mr. Block's Amended Complaint (Dkt. No. 10) and the enclosed "List for Summons" (Dkt. No. 10-1).

2

clear error, and based upon all the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Dkt. No. 14) is **ADOPTED**;

2. Mr. Block's Motion for Injunctive Relief (Dkt. No. 11) is **DENIED**.

Dated: May 31, 2023　　　　　　　　　 s/John R. Tunheim            
at Minneapolis, Minnesota　　　　　　 JOHN R. TUNHEIM  
　　　　　　　　　　　　　　　　　　 United States District Judge