# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Waylen Block,                                   Case No. 23-cv-127 (JRT/JFD)

    Plaintiff,

v.

                             **ORDER**

United States Government et al.,

    Defendants.

This matter comes before the Court on Plaintiff Waylen Block's Motion to Stay (Dkt. No. 107) and Defendants' Motion to Extend Reply Deadline (Dkt. No. 109).

Mr. Block's Motion to Stay is DENIED. This case does not need to be stayed while the Veterans' Administration determines the appropriate level of Mr. Block's Veterans' Administration benefits. If Mr. Block obtains additional documents from the Veterans' Administration he believes are relevant to his petition, he may file a motion for the Court to consider those documents after he has obtained them.

No hearing being necessary and for good cause shown, Defendants' motion to extend the deadline by which they are to file their reply is GRANTED. Defendants' reply to Plaintiff's response to Defendants' motion to dismiss is due on or before July 16, 2025.

Date: June 6, 2025                          s/ *John F. Docherty*
                                              JOHN F. DOCHERTY
                                              United States Magistrate Judge