**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

WAYLEN BLOCK,

                              Plaintiff,                Civil No. 23-127 (JRT/JFD)

v.

                                                       **ORDER**

UNITED STATES OF AMERICA,

                            Defendant.

---

Waylen Block, Reg. No. 17028-273, FMC Devens, P.O. Box 879, Ayer, MA 01432, *pro se* Plaintiff.

David W. Fuller, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Defendant.

This matter was previously remanded to the Court for appropriate calculation and collection of Plaintiff Waylen Block's appellate filing fees. (Order of U.S. Court of Appeals for the Eighth Circuit, Dec. 2, 2025, Docket No. 137.) The Court directed Block to submit financial documentation from which the initial partial filing fee could be calculated or, consistent with *Henderson v. Norris*, 129 F.3d 481, 484–85 (8th Cir. 1997), he would be assessed an initial partial filing fee of $35.00. (Order at 2, Dec. 29, 2025, Docket No. 139.) The deadline for Block to submit financial documentation passed without Block submitting the necessary documentation. Accordingly, pursuant to *Henderson*, the Court imposed the initial partial filing fee and ordered that the remainder of the statutory

$605.00 appellate filing fee be paid by Block in installments over time, consistent with 28 U.S.C. § 1915(b)(2).[1] (Order, Feb. 5, 2026, Docket No. 140.)

Block now moves the Court to stay payment of his fees while he proceeds through a grievance process to have the BOP pay his filing fee or, in the alternative, to set his monthly payment amount to $20 per month.  (Mot. Set Scheduling Order or Waiver of Filing Fee, June 2, 2026, Docket No. 145.)

The Court will deny Block's motion.  "Congress require[s] prisoners to pay filing fees for the suits or appeals they launch."  *Bruce v. Samuels*, 577 U.S. 82, 85 (2016).  And the language of the statute is clear: Block is "required to make monthly payments of 20 percent of the preceding month's income credited to [his] account."   28 U.S.C. § 1915(b)(2).

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff Waylen Block's Motion to Set Scheduling Order or Waiver of Filing Fee (Docket No. [145]) is **DENIED**.  The remainder of Block's statutory $605.00 appellate filing fee must continue be paid by Block in installments, consistent with 28 U.S.C. § 1915(b).

DATED:  June 11, 2026                                              _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                                          JOHN R. TUNHEIM
                                                                                United States District Judge

---

[1] "After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account." 28 U.S.C. § 1915(b)(2).